UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18CR739 AGF(SPM) |
| | ) | |
| LAMAR MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on Defendant's pretrial motion.   Defendant Lamar McDonald filed numerous pretrial motions, all of which were referred to United States Magistrate Shirley Padmore Mensah under 28 U.S.C. § 636(b).   Currently before the Court is Defendant's final motion, a Motion to Suppress Postal Evidence and Motion for Franks Hearing (ECF No. 822).

In his motion to suppress postal evidence and motion for Franks hearing, Defendant alleges that the evidence seized pursuant to a search warrant was seized in violation of the Fourth Amendment to the United States Constitution.   In particular, Defendant asserts that the K-9 qualification sheet provided in connection with the warrant was incorrect and did not reflect the most current certification date for K-9 Sid or the proper certifying body.   Defendant asserts based on this error the search warrant should be suppressed and that he is entitled to a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978).   Judge Mensah held an evidentiary hearing on January 17, 2025, at which Special Agent Steven Sander with the United States Postal Service, Office of Inspector General testified about evidence seized pursuant to the Postal Warrant. On

November 3, 2025, Judge Mensah issued a Report and Recommendation ("R&R"), recommending that Defendant's motion be denied.   (ECF No. 905.)

Defendant has not filed objections to the Report and Recommendation, and the time to do so has passed.

After careful consideration, and in light of Defendant's failure to file objections, the Court will adopt and sustain the thorough reasoning of the Magistrate Judge set forth in support of her Report and Recommendation issued on November 3, 2025.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge [ECF No. 905] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Postal Evidence and Motion for Franks Hearing [ECF No. 822] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is scheduled for **Jury Trial** on **January 20, 2026 at 9:00 a.m.** in Courtroom 3 North.   This is a three week docket.

*/s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2025.